Name: Haresh Mirchandani

Address: 3525 Del Mar Heights Road #575, San Diego, CA 92130

Telephone Phone: 858-204-1206

Email: haresh.mi@gmail.com

**FILED**
Oct 11 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ scottt    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Haresh & Indra Mirchandani
(Husband & Wife)

Plaintiff(s),

v.

BMO HARRIS BANK, successor to
M & I Bank

Defendant(s).

Case No.: **'17 CV 2090 BTM BGS**
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

  a.  Do you have other Civil Case(s) in this or any other federal court?

      ☐ Yes    ☒ No

  b.  If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Arizona State court not following the law and looking the other way when BMO bank is funding Judge David Udall close cousin's campaign and Judge Rea entered "findings" without holding an evidentiary hearing on issues that were corrupt. Corruption in the state court is a federal violation under Section 1983 of the Federal Civil Rights law.

## ISSUE DECIDED BELOW.

1. Whether the close corporation exception to derivative actions applies to member/manager direct actions against third party tortfeasors.
2. Whether the appellee bank's undisputed breach of its original note and 2nd forbearance agreement may be ignored by the courts below.
3. Whether BMO's $34,400 contribution to Judge David Udall's cousin Mark Udall's campaign in CO created an appearance of partiality arising out of extra-judicial matter where a hearing was mandatory.

## MATERIAL FACTS

The petition arises out of appellants' complaint on November 14, 2011 against BMO Bank for selling it an expensive, unnecessary, and complex "swap loan" secured by a deed of trust against a convenience store and gas station. The swap caused large bank fees, confusing charges, and erroneous statements in 2007. The bank agreed to forbear on disputed loan charges until 5/31/10 and then breached when it prematurely sold the loan to Tradecor LLC for $1.2 million on 4/19/10 in violation of the forbearance agreement and the swap loan which required plaintiff's consent and signature. This was done while the plaintiff was
refinancing the swap loan of $1.8 million from Wells Fargo. This is a classic case of discrimination. The Arizona super court ignored BMO Bank undisputed breach of original note, forbearance agreement and BMO money payment to Judge Udall first cousin Mark Udall's congressional campaign.

The plaintiff is a senior citizen from India lost everything due to Civil Rights violation and discrimination by BMO bank and Arizona Superior Court.(case number CV 2011-099950) The Arizona Supreme court denied the Petition for Review by the plaintiff on September 12, 2017. (case number CV-17-0038-PR)

The plaintiff with his handicapped wife request this court to grant justice for Civil Rights Violation, discrimination based on age and national origin.

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

The Plaintiffs Haresh & Indra Mirchandani's request this Court to overturn the decision by the Arizona Superior Court and this case be retried in San Diego Federal Court.

1  **IV.  DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3  ☒ Yes     ☐ No

5  I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/09/2017

Signature

Printed Name: HARESH & INDRA Mirchandani (HUSBAND & WIFE)