# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARESH MIRCHANDANI and INDRA MIRCHANDANI, <br><br> Plaintiffs, <br><br> v. <br><br> BMO HARRIS BANK, N.A., successor to M&I MARSHALL & ILSLEY BANK, <br><br> Defendant. | Case No. 3:17-cv-02090-BTM-BGS <br><br> **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** <br><br> [ECF No. [#20] |

Before the Court is Plaintiff Haresh Mirchandani's ("Plaintiff") motion for relief from judgment pursuant to Federal Rule of Civil Procedure Rule 60(b)(6). (ECF No. 20.) Notably, this case was dismissed for lack of subject matter jurisdiction on July 16, 2018 based upon the *Rooker-Feldman* doctrine. (ECF Nos. 17, 18.) Plaintiff did not appeal such dismissal. Because Plaintiff's instant motion fails to demonstrate any extraordinary circumstances which prevented him from pursuing an appeal of such dismissal, he has failed to demonstrate his entitlement to relief under Rule 60(b)(6). *See Martella v. Marine Cooks & Stewards Union, Seafarers Int'l Union of N. Am., AFL-CIO*, 448 F.2d 729, 730 (9th Cir. 1971) ("In order to bring

himself within the limited area of Rule 60(b)(6) a petitioner is required to establish the existence of extraordinary circumstances which prevented or rendered him unable to prosecute an appeal." (citing *Klapprott v. United States*, 335 U.S. 601, (1949); and *Ackermann v. United States*, 340 U.S. 193 (1950))). Nor has Plaintiff demonstrated any other basis for relief, let alone that his approximately nineteen-month delay in seeking relief was reasonable. *See* Fed. R. Civ. P. 60(c)(1). Accordingly, Plaintiff's motion for relief from judgment (ECF No. 20) is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 27, 2020

_____
Honorable Barry Ted Moskowitz
United States District Judge